Submitted on record and briefs February 18, reversed and remanded for new trial March 17, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## GARY EDWARD LEUPOLD,
*Appellant.*

(10-92-02572; CA A76057)

848 P2d 147

David A. Hill, Eugene, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Michael C. Livingston, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for manufacture of a controlled substance. ORS 475.992(1)(a). He contends that the court erred in denying his motion to suppress evidence seized in a warrantless search. The state concedes that the court erred and we accept that concession.

Reversed and remanded for new trial.